NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 898

IN RE CYPRESS SEMICONDUCTOR CORPORATION,

Petitioner.

On Writ of Mandamus from the United States International Trade Commission in case no. 337-TA-648.

ON MOTION

## O R D E R

The United States International Trade Commission moves without opposition for leave to correct pages 18-19 of its response to Cypress Semiconductor Corporation's petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 13 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

JAN HORBALY
CLERK

cc: Thomas L. Halkowski, Esq.
David E. Sipiora, Esq.
Sturgis M. Sobin, Esq.
George E. Badenoch, Esq.
Michael D. Esch, Esq.
Keith L. Slenkovich, Esq.
Clint A. Gerdine, Esq.
Gary A. Hecker, Esq.
Mark Fowler, Esq.
Michael J. Bettinger, Esq.
Brian Edward Ferguson, Esq.
James L. Quarles, Esq.
Secretary, USITC
Judge, USITC

s17